IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:08cr90WHB-JCS

DAWN STINSON

## ORDER

This matter having come before the Court on the motion of the United States of America to transfer this cause for plea and sentencing to United States District Judge Tom S. Lee, and the Court having considered the motion, finds that it will be in the interest of judicial efficiency for this case to be reassigned to Judge Tom S. Lee, and that the motion is well taken and should be granted.

IT IS FURTHER ORDERED that this case is hereby reassigned, with his consent, to United States District Judge Tom S. Lee for all purposes.

**SO ORDERED AND ADJUDGED** this the 4th day of November, 2008.

s/William H. Barbour, Jr.
William H. Barbour, Jr.